IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CHERYL LUCARELLI
and LYNDA LYNCH,

    Plaintiffs,

v.

FIRST AMERICAN FLOOD DATA
SERVICES,

    Defendant.

CIVIL DIVISION

NO.  2:05-cv-971

Judge Lancaster
**Electronically Filed**

## JUDGMENT AND ORDER

This matter came before this Court on July 28, 2006 in chambers pursuant to the Plaintiffs' Motion to Enforce Settlement. Present were John Linkosky, counsel for Plaintiffs, and Robert Cameron and William R. DeJean, counsel for Defendant. After hearing argument from both parties and upon consideration of the facts and law as they relate to the Plaintiffs' Motion, this Court adjudged that Defendant, First American Flood Data Services, pay into the registry of the Court by way of Interpleader process the true and total sum of eighty thousand dollars ($80,000.00) within ten (10) days of this ruling. Therefore,

IT IS ORDERED that Defendant, First American Flood Data Services, pay into the registry of this Court within ten days of July 28, 2006 the true and total sum of eighty thousand

1

dollars ($80,000.00) pursuant to the law and rules of Interpleader.

Pittsburgh, Pennsylvania, this \_\_\_\_\_7th\_\_\_\_\_ day of August, 2006.

_____
HON. GARY L. LANCASTER, JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

2