IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

CHERYL LUCARELLI and LYNDA LYNCH, )
Plaintiffs, )
)
)
)
v. ) Civil Action No. 05-971
)
)
FIRST AMERICAN FLOOD DATA )
SERVICES, )
Defendants. )

## ORDER OF COURT

AND NOW, this __16__ day of __August,__ __2006__, pursuant to Rule 67 of the Federal Rules of Civil Procedure and Local Rule 67.2 of this Court, IT IS ORDERED that the __defendant__ in the above captioned matter is permitted to deposit money with the Clerk of Court.

IT IS FURTHER ORDERED that the Clerk deposit into the Registry of the Court the amount of __$80,000.00__ which represents __Interpleader__   s settlement funds. As soon as the business of the office allows, the Clerk will deposit the money into an interest bearing account by delivering a check in the amount of __$80,000.00__ to PNC Bank for deposit into a Business Premium Money Market Account at the rate then obtaining. In return the Clerk is to receive an indicia of ownership showing the account title which shall read:

United States District Court for the
Western District of Pennsylvania
Clerk of Court, Trustee

Civil Action No. __05-971__

The depository, PNC Bank, shall continue to maintain the account until further order of Court and will pay to the Court a percentage of all interest earned to satisfy a handling fee set by the Judicial Conference. The interest will be paid to the Court when the account is closed, matures, or rolls over.

_____
United States District Judge

Comes now the _____ pursuant to Rule 67 of the Federal Rules of Civil Procedure and moves the Court for an order authorizing the investment of Registry Funds in the manner set forth herein.

_____   _____
Signature                          Date